Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| ELIZABETH CASTELLÓN MERCADO<br><br>Parte Peticionaria<br><br>v.<br><br>ASC<br><br>Parte Recurrida | TA2026CE00687 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br><br>Caso Núm. RG2025CV00209<br><br>Sobre: Incumplimiento de Contrato |
|---|---|---|

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, el Juez Rodríguez Flores y la Jueza Díaz Rivera

Rodríguez Flores, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de junio de 2026.

Comparece por derecho propio la Sra. Elizabeth Castellón Mercado (en adelante, peticionaria) mediante recurso de *certiorari* incoado el 28 de mayo de 2026. En su escrito, la peticionaria hizo un recuento de lo que, según sus dichos, suscitó una controversia entre las partes que culminó en cierto procedimiento judicial que le resultó adverso. Sin embargo, la peticionaria no solicita la revisión de una sentencia, orden o resolución judicial específica, ni formula o discute señalamiento de error alguno.

Por virtud de nuestra búsqueda en el *Sistema Unificado de Manejo y Administración de Casos* (SUMAC) del TPI, advenimos en conocimiento de la *Sentencia Final* emitida en el caso de epígrafe el 10 de junio de **2025**, notificada al día siguiente por el Tribunal de Primera Instancia (TPI), Sala Superior de Fajardo, en la que se desestimó la causa de acción incoada por la peticionaria, a base de la doctrina de cosa juzgada y por falta de jurisdicción. En específico, el TPI expuso en la aludida *Sentencia Final* que:

Un análisis somero del asunto nos convence que el pleito presentado, fue resuelto por una Sala Hermana,

específicamente la Sala Superior de Carolina, mediante Sentencia del 14 de noviembre de 2022, ratificada por ambos Tribunales Superiores, el Tribunal de Apelaciones y el Tribunal Supremo. La petición que nos ocupa, erróneamente intitulada DEMANDA, no es sino un intento de que esta Sala que presidimos, en el Tribunal Superior de Fajardo, pase juicio sobre una Sentencia, válidamente dictada, final, firme e inapelable, la cual dispuso de todos los asuntos aquí planteados, esencialmente por prescripción, al momento de su presentación original.

[…]

… Existe una Sentencia válida que es final y firme, emitida por el TPI de Carolina, el 14 noviembre de 2022, en el caso CA2021CV00144 (409); el pleito involucra las mismas partes, Elizabeth Castellón Mercado y ASC, quienes están en la misma capacidad como demandante y demandado; en un litigio que versa sobre despido ilegal y daños y perjuicios; las reclamaciones y causas de acción presentadas en ambas Demandas, así como las causas del litigio, son las mismas y finalmente, ambas Demandas persiguen el mismo remedio, una compensación ascendente a $450,000,000 millones de dólares.[1]

Surge del expediente electrónico de este caso que, a partir de la notificación del citado dictamen, la peticionaria ha presentado ante el TPI más de 35 mociones -en un periodo aproximado de 10 meses- con el objetivo de traer nuevamente ante la consideración del tribunal el asunto, el cual, fue resuelto mediante la sentencia dictada el 14 de noviembre de 2022, en el caso CA2021CV00144. Dicho dictamen es final, firme y constituye cosa juzgada, por lo que carecemos de jurisdicción para atender el asunto y ejercer nuestra función revisora.

En virtud de lo anterior, desestimamos el recurso por falta de jurisdicción, al amparo de la Regla 83(C) del Reglamento del Tribunal de Apelaciones[2].

Notifíquese.

---

[1] *Demanda,* expediente electrónico del caso RG2025CV00209 en el Sistema Unificado de Manejo y Administración de Casos (SUMAC) del TPI, entrada 19.
[2] Regla 83(C) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, 215 DPR __ (2025).

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones